UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J & N Sales LLC and<br>Jade Marketing Group LLC<br><br>-v-<br><br>Charlotte Russe Holding, Inc. | Plaintiff,<br><br><br><br><br><br>Defendant. |

Case No. 08 CIV 7175 JGK

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

plaintiff Jade Marketing Group LLC         (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 8/11/08

_____
**Signature of Attorney**

**Attorney Bar Code:** JP8491

Form Rule7_1.pdf   SDNY Web 10/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & N Sales LLC and
Jade Marketing Group LLC

Plaintiff,

-v-

Charlotte Russe Holding, Inc.

Defendant.

Case No. 08 CIV 7175 JGK

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff J & N Sales LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 8/11/08

Signature of Attorney

Attorney Bar Code: JP8491

Form Rule7_1.pdf  SDNY Web 10/2007